In the Matter of the Claim of WILLIAM PASTERNACK against FEDERATION OF JEWISH CHARITIES et al., Appellants.

STATE INDUSTRIAL BOARD, Respondent.

*Workmen's compensation — injury to office worker ·from fall while walking across room.*

*Pasternack* v. *Federation of Jewish Charities*, 211 App. Div. 826, affirmed.

(Argued March 31, 1925; decided May 5, 1925.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered December 2, 1924, affirming an award of the State Industrial Board made under the Workmen's Compensation Law. Claimant, an accountant, in the employ of defendant federation, while walking from his desk to a steel file, fell, striking a desk and the floor and it is alleged that disability has resulted from the injuries received. Defendant contended that the claimant fell solely by reason of fainting or vertigo not caused by his work.

*William B. Davis* and *E. C. Sherwood* for appellants.

*Albert Ottinger, Attorney-General (E. C. Aiken* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, POUND, CRANE, ANDREWS and LEHMAN, JJ. Dissenting: HISCOCK, Ch. J., and McLAUGHLIN, J.